IT IS ORDERED

Date Entered on Docket: April 18, 2018

*Robert H. Jacobvitz* (signature)

_____
The Honorable Robert H Jacobvitz
United States Bankruptcy Judge



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
CHRISTOPHER MARTIN,

                                      No. 18-10147j7

    Debtor,

PRESTIGE FINANCIAL SERVICES,

    Movant.

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
AND ABANDONMENT BY DEFAULT

    This matter came before the Court on Movant's Motion for Relief From Stay and Abandonment (Doc. #14) filed on March 6, 2018. Pursuant to Bankruptcy Rule 9014, a copy of the motion along with a Notice of Deadline For Filing Objections To Motion For Relief From Stay and Abandonment (Doc. #15) were mailed on March 6, 2018 to the Debtor, pro se and the trustee, requiring that an objection be filed with the court and

served on attorney for movant on or before April 3, 2018.  The Notice was served in the manner prescribed by Bankruptcy Rule 7004 and no objection or other responsive pleading has been filed by the Debtor, or the trustee.

    Creditor certifies under penalty of perjury, pursuant to 50 USCA Appx Section 521 (2004), that it conducted a search of the Department of Defense Manpower Data Center and found that Debtor is not currently on active military duty.

    THE COURT FINDS AND ORDERS that the Motion for Relief From Stay and Abandonment filed by Movant on March 6, 2018 in this case is well taken, the motion is granted, the automatic stay is terminated as to the 2018 Jeep Cherokee (the "Collateral") and the Collateral is deemed abandoned by the trustee.  Movant may proceed with its legal remedies as to the Collateral pursuant to the contract and applicable law.

###END OF ORDER###

**SUBMITTED BY:**

LAW OFFICES OF ALLAN L. WAINWRIGHT, P.A.


By /s/Allan L. Wainwright
  Allan L. Wainwright
  Attorney for Movant
  800 Lomas NW, Suite 100
  Albuquerque, New Mexico 87102
  (505)842-1313

**COPY TO:**
Christopher Martin, pro se
310 Hermosa Dr NE
Albuquerque, NM 87108

Edward Alexander Mazel, Trustee
Askew & Mazel, LLC
1122 Central Ave. S.W. Suite 1
Albuquerque, NM 87102